# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

YEN J. NGUYEN

VERSUS

STEWART HALL

NO.   2020 CW 0531

JUNE 25, 2020

---

In Re:   Stewart Hall, applying for supervisory writs, Justice of the Peace Ward 2, Parish of St. Helena, No. 2020-04.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED WITH ORDER.**  The justice of the peace court's June 23, 2020 ruling which denied the motion filed by relator, Stewart Hall, seeking accommodations for the hearing scheduled on June 25, 2020 is reversed.  Pursuant to Executive Proclamation Number 74 JBE 2020, governing Phase 2 of the State of Emergency for COVID-19, issued on June 4, 2020, all individuals who are at higher risk of severe illness from COVID-19 should stay at home, unless traveling outside the home for an essential activity.  Moreover, the June 5, 2020 Order issued by the Louisiana Supreme Court, while providing that in person court proceedings are authorized, further provides that all matters should continue to be conducted with the use of video and telephone conferencing whenever possible.  Accordingly, the justice of the peace court is ordered to conduct the proceedings herein by use of video conferencing, subject to the right of any party or counsel who chooses to attend in person.

JMM<br>
MRT<br>
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT